\GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 5:11-CR-00034-001 (CAR) |
| **ISHMAEL HASSAN SALEEM** | |

On January 19, 2023, Saleem was a victim of a homicide in Bibb County Georgia. A certified copy of Saleem's Georgia Death Certificate was obtained from the Bibb County Department of Vital Records. Due to Saleem's passing, it is respectful requested his term of supervised release be early terminated.

Respectfully submitted,

*/s/ James O. Poe, III*

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __1__ day of __August__, 2023.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE